# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Toby Gilberto, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50311 |
| | ) | |
| Hot-Line Freight System, Inc., | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [20] from the magistrate judge recommending that this court grant the parties' joint motion [18] for approval of a Fair Labor Standards Act collective action settlement agreement. Accordingly, there being no written objection to the report and recommendation of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and grants the motion. This case is dismissed with prejudice with each party to bear its own fees and costs in accordance with the Settlement Agreement. This case is closed.

Date: 5/22/2018

ENTER:

_____

FREDERICK J. KAPALA

District Judge